JAMES A. SAVILLE, JR. (JS-4835)
HILL RIVKINS & HAYDEN LLP
Attorneys for Plaintiff
45 Broadway
New York, New York 10006
(212) 669-0600

08 CV 4268

JUDGE HOLWELL



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BASLER SECURITAS VERSICHERUNGS AG    :    Index No.: 08 cv ____ ( )

        Plaintiff,    :

 - Against -    :

                                                                                       ***RULE 7.1 STATEMENT***

SLAY TRANSPORTATION COMPANY, INC.,    :

        Defendant.    :
------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff **Basler Securitas Versicherungs AG** certifies that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

**Please See Attached.**

DATE: May 6, 2008

_____
James A. Saville, Jr. (JS-4835)

[PRINT]

To send this page by E-mail: select File -> Send -> Page By E-mail

Close this window

- **Baloise-Holding** - Basel, Switzerland
  - Basler Versicherungs-Gesellschaft (Subsidiary) - Basel, Switzerland
  - Baloise Assurances Luxembourg S.A. (Subsidiary) - Luxembourg, Luxembourg
  - Baloise Insurance Company (I.O.M.) Ltd. (Subsidiary) - Douglas, Isle Of Man
  - Basler Lebens-Versicherungs Gesellschaft-AG (Subsidiary) - Bad Homburg, Germany
  - Basler Versicherungs-Aktienges (Subsidiary) - Vienna, Austria
  - Basler Versicherungs-Gesellschaft (Subsidiary) - Bad Homburg, Germany
  - Deutscher Ring Lebensversicherungs-AG (Subsidiary) - Hamburg, Germany
    - MoneyMaxx Lebensversicherungs-AG (Subsidiary) - Dusseldorf, Germany
  - Deutscher Ring Sachversicherungs-AG (Subsidiary) - Hamburg, Germany
  - Euromex N.V. (Subsidiary) - Edegem, Belgium
  - Mercator Verzekeringen N.V. (Subsidiary) - Antwerp, Belgium
  - Mercator Verzekeringen N.V. (Subsidiary) - Antwerp, Belgium
    - Mercator Bank (Subsidiary) - Antwerp, Belgium
  - Baloise Europe Vie SA (Subsidiary) - Luxembourg, Luxembourg