

# HILL RIVKINS & HAYDEN LLP

45 Broadway, Suite 1500, New York, NY 10006-3739    Tel: (212) 669-0600
Fax: (212) 669-0698/0699    e-mail: thefirm@hillrivkins.com
Website: www.hillrivkinslaw.com

Via Telecopier: (212) 805-0256

June 13, 2008



Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/08

RE:    **Basler v. Slay**
       **08 CV 4268 (RJH)**
       Our File No.: 29638-JAS

- - - - - - - - - - - - - - - - - - - - - - - - - - -

Dear Judge Holwell:

We represent Plaintiff, Basler Securitas Versicherungs AG and write to request that the conference currently scheduled for June 20, 2008, be adjourned.

Suit was filed on May 6, 2008, and defendant Slay Transportation Company, Inc. ("Slay") was personally served with the Summons and Complaint in late May. Slay's counsel contacted us yesterday to advise of his retention and we have agreed to extend the time for Slay to answer or otherwise move up to and including July 18, 2008. Slay's counsel has advised us that he is out of the country on June 20, 2008.

As counsel is unavailable on June 20 and Slay's Answer is not due to be filed until July 18th, we request that the conference be adjourned. We note that both the undersigned and counsel for Slay are unavailable the last two weeks in July.

---

NEW JERSEY
175 North Broadway
South Amboy, NJ 08879-1638
Tel: (732) 838-0300  Fax: (732) 316-2365
e-mail: thefirm@hillrivkins.com

TEXAS
712 Main Street, Suite 1515
Houston, TX 77002-3209
Tel: (713) 222-1515  Fax: (713) 222-1359
e-mail: hillrivkinstexas@hillrivkins.com

CONNECTICUT
60 Quarry Dock Road
Branford, CT 06405-4654
Tel: (203) 315-9274  Fax: (203) 315-9264
e-mail: hillrivkinsct@snet.net

CALIFORNIA
Hill Rivkins/Brown & Associates
11140 Fair Oaks Boulevard, Suite 100
Fair Oaks, CA 95628-5126
Tel: (916) 535-0263  Fax: (916) 535-0268
e-mail: thefirm@brnlaw.com

Honorable Richard J. Holwell
United States District Judge
United States District Court
June 13, 2008
Page Two

We thank the Court for its consideration of the foregoing.

Respectfully submitted,

HILL RIVKINS & HAYDEN LLP

James A. Saville, Jr.

JAS/mc
29638\004 Judge

Cc:   Via E-mail: risrael@wolffsamson.com
      Ronald Israel, Esq.
      Counsel for Defendant



Conference adjourned
to 7/25/08 at
10:00 a.m.

So Ordered

USDJ
6/17/08