UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BASLER SECURITAS VERSICHERUNGS AG | : | Index No.: 08 cv ____( ) |
| Plaintiff, | : | **JUDGE HOLWELL** |
| - Against - | : | *Summons In A Civil Case* |
| SLAY TRANSPORTATION COMPANY, INC., | : | |
| Defendant. | : | |

TO: (Name of Defendant)

**Slay Transportation Company, Inc.**
1441 Hampton Avenue
St. Louis, MO  63139

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

HILL RIVKINS & HAYDEN LLP
45 Broadway – Suite 1500
New York, New York 10006

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.


**J. MICHAEL McMAHON**            May 6, 2008
CLERK                                         DATE

_____
(By) DEPUTY CLERK

## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
Docket number 08CV4268

**Basler Securitas Versicherungs AG**

   Plaintiff,

vs.

AFFIDAVIT OF SERVICE

**Slay Transportation Company Inc.,**

   Defendant,

_____/

I, Marybeth Rice f/k/a Raymond affirm and depose that I am a Process Server 18 years of age or over who is not a party to the action.

I hereby certify and return that on 05/29/2008 at 11:45 AM, I served copies of the Summons and Complaint **
Personally upon **Slay Transportation Company Inc.** as articulated below.
** RULE 7.1 STATEMENT, JUDGES RULES
By delivering a copy to **Theodore M. Tahan Jr.** personally; **General Counsel** thereof, an authorized person to accept service of process.

Said service was effected at: **1441 Hampton Ave., St. Louis, MO 63139.**

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows:

Sex: **Male** Race: **White** Hair: **Black & Gray** Height: **5'8"** Weight: **160-169** Place: **POE** Extras: **glasses**

I certify that the foregoing statements made by me are true, correct and my free act and deed.

_____
Marybeth Rice f/k/a Raymond

REF# 3HRLOM133860

The foregoing affidavit sworn and subscribed before me today, May 30, 2008

| Bridget Desimone | Larry Skaggs | Kelley A. Bannister |

JobNo. 118539

LARRY SKAGGS
Notary Public — Notary Seal
STATE OF MISSOURI
St. Louis County
My Commission Expires: Nov. 9, 2008
Commission # 04408845