*JAMES A. SAVILLE, JR. (JS-4835)*
*HILL RIVKINS & HAYDEN LLP*
Attorneys for Plaintiff

45 Broadway
New York, New York 10006
(212) 669-0600

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

BASLER SECURITAS VERSICHERUNGS AG    :        Index No.: 08 cv 4268(RJH)

        Plaintiff,                          :

  - Against -                                   :

                                 **NOTICE OF DISMISSAL**

SLAY TRANSPORTATION COMPANY, INC.,    :

        Defendant.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PLEASE TAKE NOTICE that defendant having neither appeared, answered or otherwise moved that plaintiff, Basler Securitas Versicherungs AG, by and through its attorneys, Hill Rivkins & Hayden LLP, pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby dismisses the captioned action without prejudice.

Dated: New York, New York
      July 21, 2008

                                 HILL RIVKINS & HAYDEN LLP
                                 Attorneys for Plaintiff

So ORDERED

By: _____
      James A. Saville, Jr. (JS-4835)
      45 Broadway, Suit 1500
      New York, New York 10006
      (212) 669-0600

USDJ

29638\NOTICE OF DISMISSAL

7/22/08